*Monday, May 8, 1995*

## MOTION DOCKET

**94–372.** State v. Joseph. *Allen County,* No. 1–91–11. This cause is pending before the court as an appeal from the Court of Appeals for Allen County. Upon consideration of appellant's motion to strike merit brief of appellee,

IT IS ORDERED by the court that the motion to strike merit brief of appellee be, and hereby is, denied, effective May 5, 1995.

**94–431.** SFA Folio Collections, Inc. v. Tracy. Board of Tax Appeals, No. 91–K–295. This cause is pending before the court as an appeal and cross-appeal from the Board of Tax Appeals. Upon consideration of appellee/cross-appellant's motion to partially dismiss the appeal of appellant/cross-appellee,

IT IS ORDERED by the court that the motion to partially dismiss the appeal of appellant/cross-appellee be, and hereby is, granted, effective May 5, 1995.

Douglas, F.E. Sweeney and Pfeifer, JJ., dissent.

**94–1872.** State v. Jackson. *Cuyahoga County,* No. 55758. This cause came on for further consideration upon appellant's motion to vacate order. Upon consideration thereof,

IT IS ORDERED by the court that the motion to vacate order be, and hereby is, denied, effective May 5, 1995.

*Wednesday, May 10, 1995*

## MERIT DOCKET

**95–717.** Guess v. Judges. In Mandamus and Procedendo. On motion to dismiss, motion to dismiss by Judge Frederick Mong et al., and motion for stay of execution. Motion to dismiss sustained. Cause dismissed. Motion for stay denied.

Moyer, C.J., Douglas, Wright, Resnick, F.E. Sweeney, Pfeifer and Cook, JJ., concur.

## MOTION DOCKET

**94–2099.** Smith v. Cosco, Inc. *Hamilton County,* No. C–940289. On motion for stay of execution. Motion denied.

**95–42.** State v. Wogenstahl. *Hamilton County,* No. C–930222. On *pro se* motion for leave to file *pro se* brief, and on motion for stay of execution pending court of appeals' decision on application for reopening by appellant *pro se.* Motions denied.

Douglas, J., dissents.

**95–661.** State v. Rudd. *Clermont County,* No. CA94–11–091. On motion for stay of execution. Motion granted.

Wright and Pfeifer, JJ., dissent.

**95–819.** Starks v. Starks. *Hamilton County,* No. C–940023. On motion for emergency relief. Motion denied.

## DISCIPLINARY DOCKET

**91–1763.** Toledo Bar Assn. v. Sanders. On order to show cause. Daniel J. Sanders of Toledo, Ohio, Attorney Registration No. 0008953, is found in contempt; he is suspended from the practice of law until he fully complies with this court's orders.